*In re* MEDIDAS JUDICIALES PARA ATENDER EMERGENCIAS CAUSADAS POR EL HURACÁN DEBBY.

*Número:* EM-2000-4          *Resuelto:* 25 de agosto de 2000

## RESOLUCIÓN

El lunes 21 de agosto de 2000, el Servicio de Meteorología del Departamento de Comercio de Estados Unidos, emitió un aviso de huracán para Puerto Rico ante la probabilidad inmediata de que el huracán Debby pasara sobre la Isla de Puerto Rico al día siguiente; esto era el pasado

martes 22 del corriente. En vista de ello, el Juez Presidente decretó la suspensión de los trabajos ordinarios de la Rama Judicial y el cierre de las Secretarías de los Tribunales para los días 22 y 23 de agosto de 2000.

Como resultado de lo anteriormente expuesto, y al amparo de nuestra facultad de reglamentar los procesos judiciales en situaciones de emergencia, se extienden los términos dispuestos en las distintas Leyes y Reglamentos aplicables a los procedimientos judiciales que, de otro modo, hubieren vencido los días 22 y 23 de agosto de 2000. A tenor con lo anterior, al computar tales términos, se aplicará lo dispuesto por el Art. 388 del Código Político de 1902 (1 L.P.R.A. sec. 72), por lo que los mencionados días 22 y 23 de agosto de 2000, tendrán el mismo efecto que los días feriados.

*Se ordena la inmediata difusión de esta resolución y, además, su publicación por la Oficina de la Compiladora, la Oficina de Administración de los Tribunales y el Colegio de Abogados de Puerto Rico.*

Lo acordó el Tribunal y certifica la Subsecretaria del Tribunal Supremo.

*(Fdo.)* Carmen E. Cruz Rivera
*Subsecretaria del Tribunal Supremo*